REV 09/18

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:26-cr-121

## UNITED STATES OF AMERICA
### V.

Judge: Trauger

Hearing Date: July 6, 2026

Location: ⦿ Nashville   ◯ Columbia   ◯ Cookeville

RAMON AQUINO

Court Reporter: Gary Schneider

Court Interpreter:

(list each defendant appearing at hearing)

# CRIMINAL MINUTES

Government Attorney(s): Chris Suedekum

Defense Attorney(s): Meggan Sullivan

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required
and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☑
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
   (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Change of plea hearing held
Counsel for all parties present; Defendant present and on release.
Defendant pled guilty to Count 1 of the Information.
Plea agreement reserved; Plea petition signed in open court
TBI Agent read facts
Sentencing: Thursday, October 15, 2026 at 1:00 p.m.
Defendant remains on release

Total Time in Court: 30 minutes

Clerk of Court
by: Debby Sawyer